UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| GUNNER OLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00493-JPH-MJD |
| | ) | |
| JOHN PLASSE, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Assessing and Directing Payment of Initial Partial Filing Fee**

Plaintiff Gunner Olson, a prisoner in the Vigo County Jail, sought leave to proceed without prepayment of the filing fee (*in forma pauperis*) when he commenced this action. *See* dkt. 2. His motion stated that he did not "have any cash or checking, savings, or other similar accounts." *Id.* at 2, part II.3. A statement of financial transactions from Mr. Olson's prisoner trust account was not attached to the motion. In the screening order of September 25, 2020, the defendant was directed to ensure that Mr. Olson was provided with a statement of his prisoner trust account financial transactions for filing in this action. Dkt. 5.

Mr. Olson has now submitted a statement showing his trust account financial transactions since he entered the jail. A review of the statement reflects an average monthly deposit of $326.00. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of sixty-five dollars and thirty-one cents (**$65.31**), to be paid to the clerk of the district court no later than **November 16, 2020**. Should Mr. Olson fail to pay the initial partial filing fee by this deadline, this action may be dismissed without further notice.

After payment of the initial partial filing fee, a collection order will be entered directing Mr. Olson's custodian to send to the clerk twenty-percent of the deposits to Mr. Olson's prisoner

trust account each month that the account balance exceeds ten dollars until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**SO ORDERED**.

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Gunner Olson
2063
Vigo County Jail
201 Cherry Street
Terre Haute, IN 47807

David P. Friedrich
Wilkinson Goeller Modesitt Wilkinson and Drummy
dpfriedrich@wilkinsonlaw.com